885 A.2d 981

**Harry S. SHRINER, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of September, 2005, the Order of the Commonwealth Court is hereby affirmed. Appellee's Mo-

tion to Suppress Appellant's Reply Brief and Supplemental Reproduced Record is denied.